

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00317-CV

## IN THE MATTER OF THE MARRIAGE OF
## LLOYD GRIFFITH THOMAS AND BONNIE ALLEN THOMAS

**From the 18th District Court
Johnson County, Texas
Trial Court No. DC-D202000937**

## MEMORANDUM OPINION

Appellant Lloyd Griffith Thomas has filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). Appellant explains that he no longer wishes to pursue this appeal. Dismissal of this appeal would not prevent another party from seeking relief to which it would otherwise be entitled. *See id.* Appellant's motion to dismiss is therefore granted, and this appeal is dismissed.

MATT JOHNSON
Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Dismissed
Opinion delivered and filed May 23, 2024
[CV06]

